IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES HIGHSMITH,

    Plaintiffs,

v.                                No.  15-CV-657 KG/GBW

ELIZABETH MOYER, APRIL WIKSTROM,
MIGUEL NARVAEZ, AND
WESTERN NEW MEXICO UNIVERSITY

    Defendants.

### ORDER DISMISSING DEFENDANT WESTERN NEW MEXICO UNIVERSITY WITH PREJUDICE

THIS MATTER COMES before the Court on the Unopposed Motion to Dismiss Plaintiff's claims against Defendant Western New Mexico University, and the Court having reviewed the pleadings, and being otherwise fully advised in the premises, FINDS that the Motion to Dismiss should be granted.

IT IS THEREFORE ORDERED AND ADJUDICATED that Plaintiff's claims against Defendant Western New Mexico University are DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

KEMP SMITH LLP


_____/s/ CaraLyn Banks_____
CaraLyn Banks, Esq.
3800 E. Lohman Ave., Suite C
Las Cruces, New Mexico 88011
575-527-0023
915.5456.5360


APPROVED BY:


THE LAW OFFICE OF LUCERO & HOWARD, LLC


By: \_\_Approved by e-mail 04/27/2016\_\_
Leon Howard, III. Esq.
P.O. Box 25391
Albuquerque, NM 25391
505.225.8778
505.288.3473
Attorneys for Plaintiff